UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CATHALINA BARRIL,

        Plaintiff,

v.

MIDLAND FUNDING, LLC,

        Defendant.

C17-1269 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion for extension of time, docket no. 5, is GRANTED, and the deadline for defendant to file a responsive pleading or motion is extended to October 16, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of October, 2017.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1