UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHALINA BARRIL,<br><br>           Plaintiff,<br><br>  v.<br><br>MIDLAND FUNDING, LLC,<br><br>           Defendant. | C17-1269 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    In light of plaintiff's filing of an amended complaint, docket no. 9, defendant's motion to dismiss, docket no. 8, plaintiff's original complaint is STRICKEN as moot.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of November, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1