# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

CATHALINA BARRIL,

    Plaintiff,

v.

MIDLAND FUNDING, LLC,

    Defendant.

C17-1269 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion, docket no. 14, to renote its motion to dismiss is GRANTED. Defendant's motion to dismiss, docket no. 11, is RENOTED to January 12, 2018. Any reply is due on the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of December, 2017.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 1